(127 So. 924)

## Marion MURPHREY v. STATE.
### 8 Div. 797.

Court of Appeals of Alabama.
March 18, 1930.

RICE, J.

Appellant was indicted September 21, 1927, the trial resulting in the judgment of conviction, from which this appeal is taken, was had on November 1, 1928, and the appeal submitted in this court on January 23, 1930. We observe fault on the part of no official, but merely record these dates.

There was a general verdict of guilty on the trial under the indictment, which was in two counts—one charging appellant with what is commonly known as distilling, etc.; the other charging him with what is also commonly known as unlawfully being in possession of a still, etc.

There is nothing presented by the record really worthy of mention. The few exceptions reserved on the taking of testimony are patently without merit. The written refused charges likewise were obviously refused without error.

The case is merely another "distilling" case, with abundant evidence to sustain the conviction. It appears to have been tried with care and correctly.

The judgment of conviction is affirmed.

Affirmed.

(127 So. 924)

## Albert NALLS v. STATE.
### 6 Div. 842.

Court of Appeals of Alabama.
April 15, 1930.

BRICKEN, P. J.

Appeal dismissed on motion of appellant.

(119 So. 924)

## Solomon NAULS v. STATE. (6 Div. 423.)

Court of Appeals of Alabama. Dec. 11, 1928.

SAMFORD, J. Appeal dismissed.

(124 So. 924)

## NATIONAL UNION FIRE INS. CO. v. C. C. FARGASON. (5 Div. 768.)

Court of Appeals of Alabama. Nov. 26, 1929.

BRICKEN, P. J. Affirmed.

(128 So. 921)

## John F. NEEDHAM v. LA GRANGE GROCERY CO.
### 5 Div. 793.

Court of Appeals of Alabama.
April 17, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(127 So. 924)

## Bertha NEWMAN v. STATE.
### 4 Div. 604.

Court of Appeals of Alabama.
April 15, 1930.

Huey & Huey, of Enterprise, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

The indictment charged this appellant with the offense of violating the state prohibition laws. No jury having been demanded, she was tried by the court, was duly convicted, and sentenced to hard labor for the county. From the judgment of conviction, she appealed, and rests her appeal upon the record proper. The record is regular and without semblance of error. The judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.